IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>LUIS MOTTA-RIVERA<br><br>**Defendant(s).** | Case No. 3:22-cr-00522-001 (FAB) |

### ORDER

The Report and Recommendation filed on December 27, 2022, ECF No. 83 on defendant's Rule 11 proceeding held before Magistrate Judge Bruce J. McGiverin held on December 7, 2022, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the information. Accordingly, the guilty plea of defendant as to counts One, Two, and Four through Sixteen of the Information is accepted.

**Sentencing hearing remains set for March 10, 2023 at 9:00 a.m. in Old San Juan Courthouse, Courtroom No. 6, First Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of February 2023.

s/Francisco A. Besosa
FRANCISCO A. BESOSA
Senior United States District Judge